UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re

Sharon F Pryor

Debtor (s)

_____/

Chapter: 7
Bankruptcy No: 15-00551-PMG

CREDITOR W.S. BADCOCK CORPORATION'S REQUEST FOR NOTICE

Creditor, W.S. BADCOCK CORPORATION, hereby submits this request for notice. Pursuant to Bankruptcy Rule 2002(g), creditor requests copies of all pleadings and notices to creditors or other parties in interest be addressed to Post Office Box 724, Mulberry, Florida 33860, and pursuant to Bankruptcy Rule 2002(g), requests its name and address be added to the Clerk's matrix list of creditors.

I HEREBY CERTIFY that a copy of the foregoing Request for Notice was served the following parties either by electronic or standard first class mail on February 17, 2015:

| | |
|---|---|
| Max Story | Valerie Hall Manuel |
| 233 East Bay Street, Suite 920 | 450-106 State Road 13 North #312 |
| Jacksonville, FL 32202 | Jacksonville, FL 32259 |
| Attorney for Debtor(s) | Trustee for Debtor(s) |

/s/ Nancy Ricketson
Nancy Ricketson
Post Office Box 724
Mulberry, Florida 33860
(863) 425-4921, Fax (863) 869-7910
W. S. Badcock Corporation